IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. NO.: 2:08-cv-00169 |
| | ) |
| THE PARENTAL STRESS CENTER, | ) *Electronically Filed* |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |
| | ) |

## STIPULATION TO WITHDRAW NOTICE OF DEFAULT

Plaintiff, Lisa J. Smith and Defendant, The Parental Stress Center hereby Stipulate as follows:

1. On February 5, 2008, this action was commenced by the filing of a Complaint.

2. On April 22, 2008, Plaintiff filed a Motion Requesting the Entry of Default Judgment.

3. Defendant contends that Plaintiff failed to properly serve the Complaint.

4. Plaintiff has agreed to re-serve the Complaint on Defendant, through its counsel.

5. Defendant's counsel has agreed to accept service of the Complaint.

6. The parties have agreed to stipulate to the withdrawal of Plaintiff's Request for Entry of Default Judgment.

7. Counsel for Plaintiff, Joseph H. Chivers has agreed to the filing of this Stipulation.

WHEREFORE, the parties request that this Court enter an Order dismissing Plaintiff's Request for Entry of Default Judgment in the above-referenced matter.

Dated: 4-28-08                     Respectfully Submitted,

/s/ Joseph H. Chivers, Esquire     /s/ George Basara, Esquire

Joseph H. Chivers, Esquire         BUCHANAN INGERSOLL & ROONEY
Pa I.D. #39184                     P.C.
jchivers@employmentrightsgroup.com
                                   George Basara, Esquire
Suite 600                          Pa I.D. #41811
312 Boulevard of the Allies        george.basara@bipc.com
Pittsburgh, PA 15222-1923
(412) 227-0763                     One Oxford Centre
                                   301 Grant Street, 20th Floor
                                   Pittsburgh, PA 15219-1410
                                   (412) 562-1636/1828

Counsel for Plaintiff, Lisa J. Smith   Counsel for Defendant, The Parental Stress Center

SO ORDERED, this 29th day of April, 2008.

_____
Gary L. Lancaster, U.S. District Judge

2