# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA J. SMITH, | Case No. 2:08-CV-00169-GLL |
| Plaintiff, | Judge Gary L. Lancaster |
| vs. | Electronically Filed |
| THE PARENTAL STRESS CENTER, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Lisa J. Smith and Defendant The Parental Stress Center, hereby stipulate that all of Plaintiff's claims in the above-captioned matter shall be *dismissed with prejudice*. No counterclaims have been served. Each party shall bear its own attorneys' fees and costs. The Clerk shall mark this case as closed.

Dated: January 16, 2009

IT IS SO STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Joseph H. Chivers | /s/ Amy E. Dias |
| Joseph H. Chivers, Esq. (PA I.D. 39184) | Amy E. Dias, Esq. (PA I.D. 52935) |
| The Employment Rights Group | JONES DAY |
| First & Market Building, Suite 1010 | 500 Grant Street |
| 100 First Avenue | Suite 4500 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| (412) 227-0763 | (412) 391-3939 |
| Counsel for Plaintiff | Counsel for Defendant |

SO ORDERED:

Gary L. Lancaster
U.S. District Court Judge

1/20, 2009